UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| BRIAN BLANDING, | ) | C.A. NO.: 3:09-cv-00758-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | |
| | ) | |
| FKI LOGISTEX, INC. and W & H SYSTEMS, INC., | ) ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |
| FKI LOGISTEX, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| -versus- | ) | |
| | ) | |
| RIPLEY METALWORKS, LTD., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| _____ | ) | |

The Third Party Defendant, Ripley Metalworks, LTD ("Ripley") moved for summary judgment on July 15, 2011, as to the remaining claim presented against it by FKI Logistex, Inc. ("FKI").[1] [*See*, Doc. #66]. FKI agrees that dismissal of Ripley is appropriate and consents to a dismissal of Ripley from this lawsuit *with prejudice*. Ripley and FKI agree to bear their own attorneys fees and costs. This dismissal is *with prejudice* pursuant to Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE. As a result of this order, third party defendant, Ripley Metalworks, LTD's motion for summary judgment is rendered moot.

---

[1] FKI's only remaining claim against Ripley is equitable indemnity. See Order dated February 11, 2011 [Doc. #52]. No other party has asserted any claim against Ripley.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

August 16, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge